**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
JAMES EARL GEORGE,          )
                            )
              Plaintiff,    )     Civil Action No. 08-189
                            )
       v.                   )     Judge McVerry
                            )     Magistrate Judge Bissoon
RICHARD GIGLIOTTI, et al.,  )
                            )
              Defendants.   )
```

**MEMORANDUM ORDER**

This prisoner civil rights suit was commenced on February 11, 2008, with the filing of a petition to proceed *in forma pauperis*, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.  The matter was later referred to Magistrate Judge Cathy Bissoon.

The Magistrate Judge's Report and Recommendation dated February 12, 2010, recommended that the Motion for Summary Judgment filed by the final two Defendants in this case, Defendants Salopek and Neigh, be granted (Doc. 108).  Objections were due on or before February 26, 2010, and Plaintiff filed a "Brief in Opposition" on February 24, 2010 (Doc. 109) that the Court will treat as objections.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this <u>9th</u> day of <u>March</u>, <u>2010</u>,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Defendants Salopek and Neigh (Doc. 105) is GRANTED.  The Magistrate Judge's Report and Recommendation (Doc. 108) is adopted as the Opinion of the Court.


<u>s/Terrence F. McVerry</u>
Terrence F. McVerry
U.S. District Court Judge


cc:
JAMES EARL GEORGE
HY-4593
S.C.I. Rockview
Box A
Bellefonte, PA 16823